UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RUTH J MCNULTY | CASE NO. 6:18-CV-01372 |
| VERSUS | JUDGE JUNEAU |
| COX MEDIA GROUP L L C | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Defendant, Cox Media Group, LLC, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss filed by Defendant, [Rec. Doc. 9], is **DENIED IN PART** as to Plaintiff's Title VII and LEDL claims of race and sex discrimination and **DENIED IN PART WITHOUT PREJUDICE** as to Plaintiff's Retaliation and Equal Pay Act Claims; allowing Plaintiff to amend her Complaint within 21 days of the date of this Judgment and allowing Defendant to re-urge the motion, if appropriate, to seek dismissal of the amended Complaint.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of April, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE